PATRICK IVERS, Appellant, *v.* MINNESOTA DOCK COMPANY, Respondent.

*Ivers* v. *Minnesota Dock Co.*, 84. App. Div. 27 appeal dismissed. (Submitted May 31, 1904; decided June 7, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1903, which reversed a judg-

ment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the appeal was not perfected within the time required by law.

*Frank Gibbons* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.